FILED _____ LODGED
_____ RECEIVED _____ COPY

JAN 1 1 2024

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

1   Thomas-Bradford: Schaults,per persona
    470 W PINTAIL DRIVE
2   CASA GRANDE, Arizona Republic
    NON-DOMESTIC
3   928-300-8117
    Tbs9998@gmail.com

4

5

6

## UNITED STATES DICTRICT COURT
## DISTRICT OF ARIZONA

7   Thomas – Bradford: Schaults, living man.         Case No.:   **CV24-00072-PHX-SMB**

8             Plaintiff,

9   vs.                                              REVERSE  UNLAWFUL FORECLOSURE SALE-

10  LoanDepot Com. LLC et al                         ENFORCEMENT OF FEDERAL ARBITRATION

11  FNMA ET AL                                       ACT ARBITRATION AWARD; COMPLAINT AND

12  GINNIE MAE, ET AL                                TRIAL BY JURY DEMANDED

13            defendants

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.

14                     **Complaint**              REFERENCE  L RCivP 5.4
                                                            (Rule Number/Section)

15          Appearing before  the court Thomas-Bradford: Schaults, in propria persona, a living

16  natural man; to overturn an unlawful foreclosure  auction and confirm and enforce Arbitration Award.

17          I believe this to be the proper jurisdiction as Plaintiff is a living natural man and

18  Defendant is a corporate entity by virtue of a sate sanctioned charter involves a federal law- Federal

19  Arbitration Act and the amount of controversy exceeds $75,000.00.

20          Plaintiff is a 69 year old man in three weeks estimated time with major health issues, I

21  have been previously advised to have a quadruple bypass and have had 9 total aneurisms to date – first 6

22  within a three day period of repeated surgery's to seal leaking aorta arteries, have 1 blocked carotid artery

23  and had surgery to repair the other with 98% blockage – an 8the and 9th  arterial surgery artery, a

24  compressed disk in my back and neuropathy in my leg. Any high  stress or adrenaline increase could be

25  fatal. My need for the use of bathroom facilities is relatively constant about every half hour to forty five

26  minutes. I have the need to take medications 3 times a day  I also have very disruptive sleep patterns

27  which may cause me to fall asleep and hinder my concentration. deemed terminally ill.

28  REVERSE  UNLAWFUL FORECLOSURE SALE- ENFORCEMENT OF FEDERAL ARBITRATION ACT
    ARBITRATION AWARD; COMPLAINT AND TRIAL BY JURY DEMANDED - 1

1   This explanation is for grace by this court for failure to follow any proscribed rules or make documents in

2   such form as I am unaccustomed to.

3   This also explains why any in person hearings are not possible or practical. This follows the intent of

4   Congress as it pertains to the Americans with disability act principles to my belief.

5                         **Concise statement of facts**

6                 This matter concerns the misprision of felony issues  criminal complaints and

7   enforcement of the Federal Arbitration Act. as a tender of payment was issued along with an Arbitration

8   Agreement to LoanDepot.com LLC  addressed to the CEO / Chairman of the Board for my list of proofs of

9   claim about the Note and Mortgage documents involved on the home address of 470 West Pintail Drive,

10  Casa Grande, Arizona near [85122] .  other collaborating entities appear as sub-contractors providing

11  services to LoanDepot.com LLC ( LoanDepot ( hereafter) such as MERS ® unrevealed registered

12  trademark process;  FHA; First American Title Insurance Company (first American hereafter)

13  Homeowners of America (hereafter Homeowners ) and any and all other entities FNMA (Fannie

14  Mae )( Ginnie Mae) are hereby considered as one entity with LoanDepot.com LLC

15                This details the ongoing national Emergency banking Act and related acts of 1933.

16  Encompassing the remedies provided for by law as provided by Congress and Executive Declarations and

17  orders issued at that time frame.

18                Exhibit A- first communication to LoanDepot LLC  December 12, 2020

19                Exhibit B – Conditional Acceptance and arbitration agreement.

20                Exhibit C – notice of fault opportunity to cure.

21                Exhibit D –supplement to Conditional Acceptance document

22                Exhibit E- 2 pages of 49-financial institutions fraud against Americans

23                Exhibit F – Notices to US  Attorney General and USDC court Phoenix AZ

24                Exhibit H- affidavit of expert witness

25                Exhibit K- - UCC filing documents.

26                Exhibit L – Arbitration Award

27  The tender of payment detailed laws of the United States that all obligations of all forms are obligations of

28  the United states, that if a loan of credit was extended and approved at meeting with LGI builders it

REVERSE  UNLAWFUL FORECLOSURE SALE- ENFORCEMENT OF FEDERAL ARBITRATION ACT
ARBITRATION AWARD; COMPLAINT AND TRIAL BY JURY DEMANDED - 2

needed no collateral and is considered the basis for the contract to build the dwelling at 470 W Pintail Drive, Casa Grande Arizona..

Where There Is No Law, There Is Equity, Where There Is Law, Equity Remains. **The US has an  obligation to allow us to discharge our debts."**

We approach this body highlighting the fact that an arbitrator has determined as a result of issuing an award the validity of the contract at bar, and that the arbitration agreement embedded within the binding contractual agreement is valid, and within strict adherence to THE FEDERAL ARBITRATION ACT and the conditional Acceptance contract. As by law 'when a contract has an arbitration clause, that requires the arbitrator to determine the validity of the contract, and the arbitration clause, the courts have no business in the matter,' Henry Schein, Inc. v. Archer and White Sales, Inc., No. 17-1272 (U.S. Sup. Ct. Jan. 8, 2019), "and that courts must respect the parties' decision in their contracts to delegate the arbitrability question to the arbitration panel".

"If the arbitration clause clearly and unmistakably delegates questions of arbitrability to the arbitration panel then these issues will be decided by the arbitrators and not the courts. If the "FAA" allows parties to agree by contract that an arbitrator, rather than a court, will resolve threshold arbitrability questions as well as the underlying merits disputes." The courts "are not at liberty to rewrite the statute passed by Congress and signed by the President." This quote may become more relevant if "manifest disregard" continues to rear its head. "We must interpret the [FAA] as written and the [FAA] in turn requires that we interpret the contract as written." "When the parties' contract delegates the arbitrability question to an arbitrator, a court may not override the contract

. We seek only to have an order by the court for the enforcement of the contract, and at the same  time to seek confirmation of arbitration award..

This body has within it the delegatory authority, power, and the obligational duty to see that "justice be done," and yet we have found that many would ignore equity and its most adored maxims, just to prevent one from being victorious by using the law to their advantage, 'we stand present without justice as the heavens fall.'

REVERSE  UNLAWFUL FORECLOSURE SALE- ENFORCEMENT OF FEDERAL ARBITRATION ACT ARBITRATION AWARD; COMPLAINT AND TRIAL BY JURY DEMANDED - 3

The matter involved commerce, so we invoke the Federal Arbitration Act otherwise known as the UNITED STATES ARBITRATION LAW, "A court has '"no business weighing the merits of the grievance'" because the "'agreement is to submit all grievances to arbitration, not merely those which the court will deem meritorious.'" Id., at

650 (quoting Steelworkers v. American Mfg. Co., 363 U. S. 564, 568 (1960)).

We further bring to the court's attention that it cannot act outside the scope of the intentions of Congress, here is the intentions of Congress and what they had to say with regards two legislative intentions respecting THE UNITED STATES ARBITRATION ACT otherwise known as THE FEDERAL ARBITRATION ACT:

By enacting Section 2, Congress sought generally to promote the enforcement of arbitration agreements

**REMEDY SOUGHT:**

The contract requires certain specific  performances on the part of the opposing parties, including the return of properties, so long as the properties have not been returned, this is a violation of the right to property, a constitutional sanctioned and secured right. It is also a breach of the terms as agreed to by the parties and the consequences of said acts are duly enforceable via the valid contract. Interests and other assessments accumulate, and accrue, we asked that this body issue an order to the opposing parties for strict  compliance with the agreement, for the return of all properties and the making of the complainant whole by reversing the acts from the inception of the agreement and or breach, and or actions of the defendants  related to this matter and for an injunction/ temporary restraining order against the opposing party from acting outside the scope of the agreement.

I put before this court that I attest that I have attained the age of majority, am over the age of 18, am competent to handle my own affairs and have gained  control of the securities held in my minor account, but the custodian and others are colluding and attempting to prevent me from gaining access fully to my property in violation of my due process rights as outlined and stipulated within the framework of the Bill of Rights specifically the fifth amendment to the Constitution of the United States. I am seeking to redress this issue, I am seeking equity and so I present this bill in equity to the court, and I do so as grantor/trustor over the estate of the minor/infant to have all securities completely identified.

REVERSE  UNLAWFUL FORECLOSURE SALE- ENFORCEMENT OF FEDERAL ARBITRATION ACT ARBITRATION AWARD; COMPLAINT AND TRIAL BY JURY DEMANDED - 4

.As a beneficiary of the public trust, I have no authority to modify public records. These can only be modified by officers of the public trusts created by us the people for our benefit. The aspects of a trust do not allow for one to be a trustee (legal authority) and a beneficiary (equitable title)of the same trust at the same time.

Agreement of the parties as verified by arbitrator and deliberate defaults is $7,945,000.00 against LoanDepot, FNMA and Ginnie Mae each. Total ($23,835,000.00) *Twenty-Three Million eight hundred thirty-five thousand dollars*) for the overt and planned deceptions and unrevealed process and schemes and artifices to defraud.

Thomas- Bradford: Schaults is an American  state National, title 8 section 1408  secured party creditor(spc) and holder in due course  (hdc) as recorded in Colorado Secretary of State UCC offices and also recorded in greater detail in Pinal Recorders Office. Further represents he is per 12/2009 a Private Attorney General under oath to Public Law 97-280 ( scripture is the Word of Our Creator)  of which no man-made law could ever be superior to.

This is recorded in The Congressional records so that as I see my duty to correct wrongs due to fraud waste or abuse on behalf of the American people . I have no formal training in the legal world but rely upon scripture and my decades of research into (SEDM)  sovereign educational defense ministry associated with Liberty University, for my knowledge of true law.

### MISPRISION OF FELONY ISSUES

Therefore I present to this court evidence of violations of law – essentially a various step by step plan in a widespread conspiracy revoking the  Glass Segal Act; then modifications to standardized loan documents to add MERS® not included In loan documents  and Nations Bank trademarked business process to create unjust enrichment and essentially transfer trillions of homeowners wealth as occurred in the 2008 bailout scam.

This was documented by a professor of Michigan teaching forensic accounting proving 21 trillion homeowner wealth was transferred in the scheme.

REVERSE  UNLAWFUL FORECLOSURE SALE- ENFORCEMENT OF FEDERAL ARBITRATION ACT ARBITRATION AWARD; COMPLAINT AND TRIAL BY JURY DEMANDED - 5

Not one homeowner in a thousand can understand the unrevealed plot to further this scheme and understand the BAR attorney designed schemes to make this swindle appear lawful.

I am limiting my submission to a fraction of the research conducted as the volume is so extensive and until Notice of a change allegedly of account number and alleged sale to Ginnie Mae to still be serviced by LoanDepot LLC. All payments were timely and above the stipulated minimum,

Based upon my 16 months of communications with LoanDepot without adequate response I recorded a satisfaction of mortgage based upon the self-executing Power of Attorney and recorded the THOMAS BRADORD SCHAULTS TRUST documents with the Pinal County recorder office. Though referred to Arizona state court rules This is a federal matter concerning the federal Arbitration Act. Furthermore, I had Notified US attorney office and Federal court of this previously.

Evidence is available of failure to comply with a qualified written request seven times violating truth in lending requirements (TILA)For accuracy I hereby submit motion for exhibits as pdf files.

I request all bonds and IRS documents be professionally prepared for a filing of accounting statements canceling the debt(1099 C) 1040 etc. for calendar year 2023  if this court does not enforce collection of the amounts due and payable I also request any hearing to be by telephonic communication as my health issues are a factor.

Delivered in good faith with clean hands, with an express right to add, amend or clarify of  any error or concept being expressed herein, under penalty of my creator, without the United States.

/s THOMAS BRADFORD SCHAULTS TRUST

Under written by:_____  autograph

And prosecution as is deemed rightous for the conspiracy and fraud shown by the proper authorities for amended additional amounts to be added when determined.

See Financial warfare DECLASS BQQM (rumble.com)

Video Exposure in The Nature of a Qui Tam Action – Grand Jury Submission

Whistle Blower Pie Web  Site

By Federal Witness -Expert – Audit MERS® – 1997  1999 Pre-Mediated Fraud -Repel Glass Segal Act-Criminal  Conspiracy and Racketeering – 1998 MERS®  Co-Signor -Mass Treason -CQV Act 1666

REVERSE  UNLAWFUL FORECLOSURE SALE- ENFORCEMENT OF FEDERAL ARBITRATION ACT ARBITRATION AWARD; COMPLAINT AND TRIAL BY JURY DEMANDED - 6

1    Submitted to demonstrate the nature and design of the fraud. As I have no investigative authority. This is a video

2    approximately 2:08minuts long which cannot be converted to written PDF format.

3                    Per Federal Circular # 10 rule 12 and Further; since these REMICS are tax exempt Special

4    Purpose Vehicles  this means that "WE THE PEOPL"E hold the right under 26 U.S. Code § 856 for a copy of the

5    REMIC's tax returns for further inspection and review and a complete list of the intellectual properties and REO

6    properties contained therein, they were never designed to hold the note or the deed. AND because they are now

7    being used as foreclosing entities acting as holders in due course, this now calls into question the tax exempt status

8    of the REMIC under IRS Code US 26 section §860D. Meaning under 26 U.S. Code § 4975 these attorneys, and the

9    players assisting in these foreclosures are disqualified parties or persons whom engaged in the embezzlement of an

10   estate that did not qualify as lawful recapture of a mortgage (see IRC 26 US Code Sec 1250 and 1245 recapture rules

11   and disallowance). Translated to laymen terms, per these codes they can be held Privately and personally

12   responsible by the implementation of IRS Code 224 for a 100% Penalty for violations of tax exempt SPV status off

13   the undisclosed partnership arrangement to which in turn means that a 100% PLUS a 15% penalty on top, will be the

14   responsibility of these players to repay the IRS on behalf of the Social Security Administration because according to

15   the code... the private individual whom engaged as a disqualified party to an "unqualified recapture" under an

16   improperly conducted foreclosure is directly responsible for such penalties.

17                   Also see: 7 CFR § 1901.508 - Servicing of insured notes outstanding with investors... (5) .... (c)

18   Assignment of insured notes to Rural Development - (1) Assignment at the request of the holder... (i) The holder

19   will endorse the insured note as follows: "Pay to the order of the United States of America. Without recourse." ... (ii)

20   On receipt of the endorsed note... will acknowledge receipt of the note and process payment to the assignor of the

21   par value of the note as of the date of the Treasury check... [41 FR 51799, Nov. 24, 1976, as amended at 80 FR

22   9869, Feb. 24,

23                                    **In conclusion-**

24          There are no facts in controversy in this matter, nor per contract and arbitration award as

25   defendants   have waived all defenses. The right to petition to vacate the award is long past and no

26   defendant has answered in any form. These small modifications from the original case  Number

27   CV-23—00091 – PHX-DMF incorporates small modifications from the original.

28   REVERSE  UNLAWFUL FORECLOSURE SALE- ENFORCEMENT OF FEDERAL ARBITRATION ACT
     ARBITRATION AWARD; COMPLAINT AND TRIAL BY JURY DEMANDED - 7

**PROPOSED ORDER**

Reverse an unlawful foreclosure sale; conducted in Pinal County Arizona *As A Direct Violation* of the arbitration award Issued no later than February 4th  followed by enforcement of Arbitration awards, and professional auditable tax submission documents for 2021 and 2022 prepared by tax attorneys CPA's  or IRS auditors having sufficient knowledge of proper reporting of arbitration write offs and carryovers  of the overall impact of the extended amounts due when investigation is completed. This fiduciary duty to be accomplished by Janet Yellen fiduciary duty.

  It is so ordered:

      _____

  Dated this _____ of January 2023

1

## Certificate of service

2

3
USDC court
PRIORITY MAIL #   9114 9023 0722 4952 7149 41
401 W Washington Street
Phoenix Arizona 85003-2118

USPS TRACKING # & CUSTOMER RECEIPT   9114 9023 0722 4952 7149 34
For Tracking or inquiries go to USPS.com
or call 1-800-222-1811.

4

5

6
LOANDEPOT.COM LLC -  NO REGISTERED AGENT
PRIORITY MAIL #      9114 9023 0722 4952 7149 34
26642 TOWNE CENTRE DRIVE
FOOTHILL RANCH CA 92610

USPS TRACKING # & CUSTOMER RECEIPT   9114 9023 0722 4952 7149 41
For Tracking or inquiries go to USPS.com
or call 1-800-222-1811.

7

8

9
FNMA
PRIORITY MAIL #      9114 9023 0722 4952 7149 65
3900 Wisconsin Ave
Washington DC 20016

USPS TRACKING # & CUSTOMER RECEIPT   9114 9023 0722 4952 7149 65
For Tracking or inquiries go to USPS.com
or call 1-800-222-1811.

10

11
GINNIE MAE
PRIORITY MAIL #      9114 9023 0722 4952 7149 58
451 Seventh Street Room 133
Washington DC 20016

USPS TRACKING # & CUSTOMER RECEIPT   9114 9023 0722 4952 7149 58
For Tracking or inquiries go to USPS.com
or call 1-800-222-1811.

12

13

14
US ATTORNEY CIVIL DIVISION
PRIORITY MAIL #      9114 9023 0722 4952 7149 89
e: Two Renaissance S
 40 N. Central Avenue
, Suite 1800
 Phoenix, AZ 85004

USPS TRACKING # & CUSTOMER RECEIPT   9114 9023 0722 4952 7149 89
For Tracking or inquiries go to USPS.com
or call 1-800-222-1811.

15

16

17

18
Complaint and exhibit will be  served on Defendants, when summons are returned in priority mail

19
From court 9114 9023 0722 4952 7149 72 envelope enclosed addressed to

20
**Thomas Bradford Schaults**
**470 W Pintail Drive**
**Casa Grande, Arizona near [85122]**

USPS TRACKING # & CUSTOMER RECEIPT   9114 9023 0722 4952 7149 72
For Tracking or inquiries go to USPS.com
or call 1-800-222-1811.

21

22
**Due to disability.**

23

24
By: Thomas Bradford Schaults    _____

25

26

27

28
REVERSE  UNLAWFUL FORECLOSURE SALE- ENFORCEMENT OF FEDERAL ARBITRATION ACT
ARBITRATION AWARD; COMPLAINT AND TRIAL BY JURY DEMANDED - 15